**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-311-GMS |
| | ) |
| GOOGLE INC., YAHOO! INC., AND | ) |
| MICROSOFT CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT GOOGLE INC.'S MOTION FOR SANCTIONS
PURSUANT TO FRCP 11**

Defendant Google Inc. respectfully moves this Court for Order sanctioning plaintiff and its attorneys, pursuant to FED. R. CIV. P. 11. Google respectfully requests that the Court impose sanctions on *both* Walker Digital and its attorneys as this Court deems appropriate in this matter including, but not limited to, dismissal of this matter against Google as well as Google's fees and expenses in bringing this motion and otherwise defending this lawsuit.

The grounds for this Motion are fully set forth in the accompanying Memorandum in Support, filed contemporaneously herewith. As noted by the date of this and related documents, all Rule 11 motion papers were originally served on Plaintiff's counsel on November 9, 2011.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael J. Malecek
Kenneth M. Maikish
KAYE SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 319-4500

Original Service Date: November 9, 2011
Filed & Served Date: December 1, 2011
1028045 / 36777

By:  */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Google Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 1, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 9, 2011 and December 1, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | Mark A. Fenster |
| Stephen B. Brauerman | Alexander C. Giza |
| Bayard, P.A. | Bruce D. Kuyper |
| 222 Delaware Avenue, Suite 900 | Benjamin T. Wang |
| Wilmington, DE 19899 | Russ, August & Kabat |
| rkirk@bayardlaw.com | 12424 Wilshire Boulevard 12th Floor |
| sbrauerman@bayardlaw.com | Los Angeles, CA  90025 |
| *Attorneys for Plaintiff* | mfenster@raklaw.com |
| | agiza@raklaw.com |
| | bkuyper@raklaw.com |
| | bwang@raklaw.com |
| | *Attorneys for Plaintiff* |

                By:    */s/ David E. Moore*
                       Richard L. Horwitz
                       David E. Moore
                       POTTER ANDERSON & CORROON LLP
                       Tel:  (302) 984-6000
                       rhorwitz@potteranderson.com
                       dmoore@potteranderson.com

1011501/36777