

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

February 17, 2015

**VIA ELECTRONIC FILING**
The Honorable Richard G. Andrews
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

  Re: **_Walker Digital, LLC v. Google Inc., et al.,_ C.A. No. 11-311-RGA**

Dear Judge Andrews:

  Plaintiff Walker Digital, LLC and Defendant Google Inc. stipulated to non-infringement of the asserted patents and entry of final judgment, reserving the parties' rights to raise issues relating to fees and costs pending the outcome of any appeals. (D.I. 173.).  The parties agreed that "the deadlines for filing such motions shall be set by [this] Court after a ruling by the Court of Appeals."  (_Id_. at para. 11).  Walker Digital appealed and on November 6, 2014 the Federal Circuit affirmed this Court's non-infringement judgments.

  On January 23rd, pursuant to Fed. R. Civ. P. 11, Google served a renewed motion for sanctions on counsel for Walker Digital and requested that the parties meet and confer on a briefing schedule for any fees motions.  Notwithstanding the parties' prior stipulated agreement (D.I. 173), counsel for Walker Digital now disputes Google's ability to file motions for fees and costs, and refused to agree to a briefing schedule.  Therefore Google is filing its Renewed Motion for Sanctions Pursuant to FRCP 11 and/or for Fees Pursuant to 35 U.S.C. § 285 today, after the 21 day safe harbor period expired.  Further Google proposes, subject to the Court's approval, that parties' follow the Local Rules for the remaining briefs.  Walker Digital's answering brief would be due by March 6th, and Google would reply by March 16th, with oral argument to be set by the Court.

  Counsel remain available to discuss this matter at the Court's convenience.

            Respectfully,

            _/s/ Richard L. Horwitz_

            Richard L. Horwitz

RLH/mah
1181458/36777
  cc: Clerk of the Court (via hand delivery)
     Counsel of Record (via electronic mail)